1 | LIPPMAN RECUPERO
Negar Salim, Esq. (SBN 213867)
P.O. Box 13928
Tucson, AZ 85732
Email: negar.salim@lippmanrecupero.com
Telephone: (520) 762-4036

4

5 | Attorney for Movant,
Nationwide Judgment Recovery, Inc.

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL  DISTRICT  OF  CALIFORNIA**

10

11 | MATTHEW E. ORSO ) CASE NO.: 8:22-cv-02126-PSG
)
12 |         Plaintiff, ) **SATISFACTION  OF  JUDGMENT**
)
13 |      vs. )
)
14 | TODD DISNER et al )
)
15 |         Defendant,

16

17 |         WHEREAS  a judgment  was entered  in the above action on the  14th day of

August 2017 in favor of Plaintiff and against Defendant, HERBIE HERNANDEZ, in the amount

18 | of $39,366.50 plus pre-judgment interest totaling $13,500.77 and now with said judgment with

19 | interest thereon having been satisfied, and it being certified that there are no outstanding

20 | executions  with any Sheriff  or Marshall,

21 |         THEREFORE,  full and complete satisfaction of said judgment is hereby

22 | acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of

23 | the full and complete satisfaction on the docket of said judgment.

24

25 | Dated: 07/25/2023

26 |                                                 **NEGAR SALIM, ESQ.**

27 |                                                 _____
                                                Negar Salim, Esq.,
28 |                                                 Attorney for Movant

1

SATISFACTION OF JUDGMENT